MORRIS MEYERS, Respondent, v. KEYSTONE ASSOCIATES, INC., and MORRIS KOSSOY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

EDWARD H. MOONEY, Appellant, v. JULIUS ROSENBERG and ATLANTIC BATHS, INC., Defendants, and GUSTAV ROSENBERG and MALVIN B. MARIASH, Respondents.— Order vacating order directing examination of defendants Gustav Rosenberg and Malvin B. Mariash affirmed, without costs. Costs are not granted respondents for the reason that they have flagrantly violated the rule against citing cases from unofficial reports when such cases are officially reported.* Notice is given to the bar that in the future such briefs may be returned. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

THE MOUNT VERNON TRUST COMPANY, Respondent, v. LOUIS FRIEDMAN, Appellant.— Order denying motion to set aside service of summons affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

JOSEPH F. O'BOYLE, Appellant, v. THE HOME INSURANCE COMPANY, Respondent.— Order directing examination of plaintiff before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The matters concerning which defendant seeks to examine plaintiff are clearly part of plaintiff's affirmative case and defendant may not cross-examine him as to them in advance of the trial. Lazansky, P. J., Young and Hagarty, JJ., concur; Seeger and Carswell, JJ., dissent.

LIPPE ORLINSKY, Respondent, v. ZIMMERMAN & DON, INC., Appellant.— Order denying motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground that the practice indulged in in this case should be discouraged, and upon the further ground that the judgment was entered in violation of the stipulation of the parties.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS LEBERMAN, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

---

* See Rules Civ. Prac. rule 235.— [REP.